## HELM v. STATE.
### No. 18129.

Court of Criminal Appeals of Texas.
March 25, 1936.

James H. Peden, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Aggravated assault is the offense; penalty assessed at a fine of $1,000.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.

## HELM v. STATE.
### No. 18130.

Court of Criminal Appeals of Texas.
March 25, 1936.

James H. Peden, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for aggravated assault; penalty assessed at a fine of $1,000.

The complaint and information appear regular and properly presented. The record is before this court without statement of facts or bills of exception. Nothing has been presented justifying a reversal or requiring discussion.

The judgment is affirmed.